FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 2 8 2025

KEVIN P. WEIMER, Clerk
By: J.Kelley Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>MAXIMO FITZHUGH | Criminal Information<br><br>No. 1:25-CR-459-TWT |

THE UNITED STATES ATTORNEY CHARGES THAT:

## Count One

On or about April 9, 2024, in the Northern District of Georgia and elsewhere, the defendant, MAXIMO FITZHUGH, consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce that contained a threat to injure the person of another; specifically, FITZHUGH called Company A and made statements, which included, but were not limited to, the following: "I got you guy's address, and I'm fixin' to come shoot the whole place up, so you need to evacuate now;" all in violation of Title 18, United States Code, Section 875(c).

## Count Two

On or about August 1, 2024, in the Northern District of Georgia, the defendant, MAXIMO FITZHUGH, did knowingly carry and use a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, armed postal robbery, in

violation of Title 18, United States Code, Section 2114(a), and during and in relation to the commission of the offense, did brandish and discharge a firearm; all in violation of Title 18, United States Code, Section 924(c).

## Forfeiture

Upon conviction of the offense alleged in Count One of this Information, the defendant, MAXIMO FITZHUGH, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, including, but not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in Count One of this Information.

Upon conviction of the offense alleged in Count Two of this Information, the defendant, MAXIMO FITZHUGH, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense.

If, any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

2

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided
   without difficulty,

the United States intends to seek forfeiture of any other property of the

defendant up to the value of the forfeitable property, pursuant to Title 21, United

States Code, Section 853(p), as incorporated by Title 28, United States Code,

Section 2461(c).


THEODORE S. HERTZBERG
 *United States Attorney*


BRET R. HOBSON
 *Assistant United States Attorney*
Georgia Bar No. 882520


BRENT ALAN GRAY
 *Assistant United States Attorney*
Georgia Bar No. 155089


600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181